# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARCINIEGA<br><br>PLAINTIFF(S),<br><br>v.<br><br>D. SCOTT CARRUTHERS, A PROFESSIONAL LAW CORPORATION<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:17-cv-00318<br><br><br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

__   Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 16-05 this case is hereby transferred to the __ Division for all further proceedings.

X   Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Southern_  Division.

   This case has been reassigned to case number  _8:17-cv-00309 AG (AJWx)_  and has been assigned to  _Judge Andrew J. Guilford_  for all further proceedings.

   Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  _Magistrate Judge Andrew J. Wistrich_  for:

   X any discovery and/or post-judgment matters that may be referred.

   __ for all proceedings in accordance with General Order 05-07.

   All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _8:17-cv-00309 AG (AJWx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

   **Please be advised that no further filings may be made under case number  _5:17-cv-00318_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By:  _/s/ Edwin Sambrano_
     Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G-73 (10/16)    NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT